JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOVINAR BOLKORJIAN, | CV 21-4725 PA (JEMx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| UNITED STATES, | |
| Defendant. | |

Pursuant to the Court's February 28, 2022 Minute Order, which granted the Motion to Dismiss filed by defendant United States,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the First Amended Complaint filed plaintiff Zovinar Bolkorjian ("Plaintiff") is dismissed for lack of subject matter jurisdiction without leave to amend and the action is dismissed without prejudice.

DATED: February 28, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE